UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JOE SALANDER,

    Plaintiff,

v.        CASE NO. 2:12-CV-11383
        HONORABLE DENISE PAGE HOOD

STATE OF MICHIGAN,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the complaint is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(1).


    S/Denise Page Hood
    Denise Page Hood
    United States District Judge

Dated: May 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 30, 2012, by electronic and/or ordinary mail.

    S/LaShawn R. Saulsberry
    Case Manager